UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TINA MARIE CARROLL, | Case No. 20-10879 |
| Plaintiff, | Stephanie Dawkins Davis |
| v. | United States District Judge |
| MITCHELL LAMOUR, *et al.*, | R. Steven Whalen |
| Defendants. | United States Magistrate Judge |
| _____/ | |

## OPINION AND ORDER ACCEPTING AND
## ADOPTING REPORT AND RECOMMENDATION (ECF No. 20)

Currently before the court is Magistrate Judge R. Steven Whalen's January 5, 2021 Report and Recommendation concerning the Motion for Judgment on the Pleadings (ECF No. 14) pending in this case. (ECF No. 20). The motion was filed by Defendants, Jonathan A. Jones, Jennifer Ewen, Michael G. Roehrig, and the County of Monroe. This matter involves allegations of federal constitutional and Michigan law violations arising from an alleged warrantless arrest of Carroll. (ECF No. 1). Magistrate Judge Whalen recommends granting Defendants' Motion for Judgment on the Pleadings and dismissing these Defendants. (*See generally* ECF No. 20).

Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the 14-day time period for filing objections has expired.

*See* 28 Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d).  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter."  *Hall v. Rawal*, No. 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).  The court, therefore, finds that the parties have waived further review of the Magistrate Judge's Report.  Nevertheless, on review of the briefs and the Magistrate Judge's Report and Recommendation, the court agrees with the Magistrate Judge's recommended disposition.

Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 20).  Consequently, the court **GRANTS** Defendants' Motion for Judgment on the Pleadings (ECF No. 14) and **DISMISSES** Defendants, Jonathan A. Jones, Jennifer Ewen, Michael G. Roehrig, and the County of Monroe.

**IT IS SO ORDERED**.

Date: February 28, 2021                    s/Stephanie Dawkins Davis
                                           Stephanie Dawkins Davis
                                           United States District Judge