UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TINA MARIE CARROLL,<br>　　　　　　　　Plaintiff,<br>v.<br>MITCHELL LAMOUR et al.,<br>　　　　　　　　Defendants. | Case No. 20-10879<br>Honorable Shalina D. Kumar<br>Magistrate Judge Curtis Ivy, Jr. |

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 45) AND DISMISSING PLAINTIFF'S COMPLAINT**

　　Plaintiff Tina Marie Carroll, proceeding *pro se*, brought this civil rights action against several City of Monroe police officers and other Monroe County officials. ECF No. 1. This case was referred to the assigned magistrate judge for all pretrial purposes. ECF No. 23.

　　On September 27, 2022, the assigned magistrate judge issued a Report and Recommendation (R&R). ECF No. 45. The R&R recommends that the Court dismiss plaintiff's complaint under Federal Rule of Civil Procedure 41(b) because plaintiff had neither responded to the Court's order to show cause (ECF No. 42), nor provided an updated address. No party has filed an objection to the R&R.

The Court has reviewed the record and the R&R is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED**.

Dated: January 17, 2023

<u>Shalina D. Kumar</u>
SHALINA D. KUMAR
United States District Judge